IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff <br><br> vs <br><br> 1) GILBERTO RODRIGUEZ <br> 2) ANGEL MENDEZ <br> 3) SUGEYL RODRIGUEZ <br> 4) BARBARA RAMOS <br> 5) YAMILET FAJARDO <br> 6) MARYLIN PINEDA <br> 7) MILDRED BAEZ <br> 8) PEDRO PEREZ <br> 9) CARMEN SEIN <br> 10) RICHARD PIETRI <br> 11) EUSEBIO MERCEDES <br> 12) GERALDO CASTRO <br> 13) GILBERTO MODESTO <br> 14) ONNIS ACOSTA <br> 15) MARILIZ SUAREZ <br> 16) FRANCISCO FONTANEZ <br> 17) SAMUEL ESCOBAR <br> 18) MARTIN PERNAS <br> 19) ANIBAL ROSSELLO <br> 20) SONYA CASTELLANOS <br> 21) MAXIMILIEN ESPINAL <br> 22) MIGUEL DE AZA <br> 23) HARRY REYES <br> 24) LOUIS CRUZ <br> **25) JULIO MARIN** <br> 26) GLORIA CASTRO <br> 27) CESAR BERROA <br> 28) RAYSA PACHECO <br> 29) JULIO CASTRO <br> 30) ELBA TORRES <br> 31) GLENDA DAVILA <br> 32) RAYMOND RODRIGUEZ <br> 33) JOEL CASTILLO <br> 34) YOLANDA RODRIGUEZ <br><br> Defendants | CRIMINAL 08-0242CCC |

**ORDER**

Having considered the Report and Recommendation filed on July 31, 2012 (**docket entry 1879**) on a Rule 11 proceeding of defendant Julio Marín (25) held before U.S. Magistrate Judge Marcos E. López on July 30, 2012, to which no opposition has been

CRIMINAL 08-0242CCC                    2

filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since July 30, 2012. The **sentencing hearing is set for October 31, 2012 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on August 17, 2012.


                                        S/CARMEN CONSUELO CEREZO
                                        United States District Judge